# United States District Court

EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

**MARK A. BRESELOW,**

  Plaintiff,

    V.                                    CASE NUMBER: **08-C-122**

**MICHAEL J. ASTRUE,**
**Commissioner of Social Security Administration,**

  Defendant.

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have
been tried and the jury has rendered its verdict.

☒   **Decision by Court.** This action came on for consideration and a decision has been
rendered.

IT IS ORDERED AND ADJUDGED **that the plaintiff's motion to proceed** *in forma*
*pauperis* **is DENIED.**

**This action is hereby DISMISSED.**

| | |
|---|---|
| **February 7, 2008** | **JON W. SANFILIPPO** |
| Date | Clerk |
| | s/ Linda M. Zik |
| | (By) Deputy Clerk |